**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMOND THOMPSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JIMMINEZ, et al.,<br><br>　　　　Defendant. | No. 1:21-cv-0165 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 15) |

　　　　Raymond Thompson filed this action under 42 U.S.C. § 1983, seeking to hold several individuals employed at Kern Valley State Prison liable for violations of his civil rights.  (Doc. 1.) The magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and determined Plaintiff did not stage a cognizable claim.  (Doc. 15 at 4-8.)  Plaintiff was granted the opportunity to file an amended complaint, and informed he may also choose to file a notice of voluntary dismissal.  (*Id.* at 9-10.)  Plaintiff was informed that if he failed to timely respond in any way to the Court's order, the magistrate judge would recommend the action be dismissed.  (*Id.* at 10.)

　　　　After Plaintiff failed to respond to the Order, the magistrate judge found Plaintiff failed to comply with the Screening Order and failed to prosecute the action.  (Doc. 15 at 3-5.)  Therefore, the magistrate judge recommended the action be dismissed without prejudice.  (*Id.* at 5.)  The Court served the Findings and Recommendations on Plaintiff and notified him that any objections

were due within 14 days. (*Id.*) The Court advised Plaintiff that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated January 2, 2024 (Doc. 15) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice for Plaintiff's failure to obey the Court's order and failure to prosecute.
3. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: __**February 8, 2024**__                                                   _____
                                                                                                    UNITED STATES DISTRICT JUDGE